UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO. 19CR3311-JLS |
|---|---|
| Plaintiff, | **ORDER CONTINUING SELF SURRENDER DATE** |
| v. | |
| **JOSE ALEXANDER RAMIREZ,** | |
| Defendant. | |

Motion for bond having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion to continue self-surrender to November 1, 2021, by 12:00 pm, and status conference regarding surrender to November 5, 2021 at 9:00 a.m., be **GRANTED**.

**SO ORDERED.**

Dated: July 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge