UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>**JOSE ALEXANDER RAMIREZ,**<br><br>  Defendant. | CASE NO. 19CR3311-JLS<br><br>**ORDER CONTINUING SELF SURRENDER DATE AND STATUS HEARING** |

Pursuant to unopposed motion and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's self-surrender date is continued from November 1, 2021 to January 1, 2022, by 12:00 pm.  The Status Hearing re: Self-Surrender set for November 5, 2021 is continued to January 5, 2022 at 9:00 a.m.

**SO ORDERED.**

Dated:  October 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge