UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19CR3311-JLS |
| Plaintiff, | **ORDER CONTINUING SELF SURRENDER DATE** |
| v. | |
| JOSE ALEXANDER RAMIREZ, | |
| Defendant. | |

Unopposed motion for bond having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion to continue self-surrender from January 5, 2022 to January 10, 2022, by 12:00 pm, and status conference regarding surrender from January 7, 2022 to January 14, 2022, at 9:00 am, is **GRANTED**.

**IT IS FUTHER ORDERED** that Mr. Ramirez's bond conditions be modified to allow for travel to the U.S. Consulate in Tijuana, Mexico, on January 7, 2022, solely for the purpose attending his scheduled meeting and for Mr. Ramirez to report to his pretrial services officer prior to and after return from the consulate meeting.

**SO ORDERED.**

Dated: January 4, 2022

Hon. Janis L. Sammartino
United States District Judge